**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ROCA LABS, INC.,**

    **Plaintiff,**

                                                            **Case No. 8:14-cv-3136**

**vs.**

**SEQUENCE, INC. and**
**TRACY COENEN,**

    **Defendants.**
_____/

**DEFENDANTS' NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

The Defendants, SEQUENCE, INC. and TRACY COENEN, by and through their undersigned, hereby file with the Court this Notice of Filing Supplemental Authority, and would submit the following opinions as supplemental authority in the above-captioned cause:

1. *Roca Labs, Inc. v. Marc Randazza*, Case No. 8:14-cv-03014-SCB-MAP, Dkt.#17, (U.S. District Court, Middle District of Florida, Tampa Division) [attached hereto as Exhibit "A"]

                                                Respectfully submitted,

                                                /s/ Luke Lirot, Esq.
                                                Luke Lirot, Esq.
                                                Florida Bar Number 714836
                                                Luke Charles Lirot, P.A.
                                                2240 Belleair Road, Suite 190
                                                Clearwater, Florida 33764
                                                Telephone: (727) 536-2100
                                                Facsimile: (727) 536-2110
                                                Email: luke2@lirotlaw.com (primary)

jimmy@lirotlaw.com (secondary)
krista@lirotlaw.com (secondary)
*Counsel for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2015, I personally filed the foregoing with the Clerk of the Court and sent a copy of this notice to Johnny G. DeGirolamo, Esq., 6000 S. Florida Avenue, P.O. Box 7122, Lakeland, Florida, 33807-7122 at johnd@inlawwetrust.com and Legal4@RocaLabs.com.

/s/ Luke Lirot, Esq.
Luke Lirot, Esq.
Florida Bar Number 714836