UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROCA LABS, INC.,

    Plaintiff,                                      CASE NO: 8:14-CV-03136-EAK-MAP

vs.

TRACY COENEN and
SEQUENCE, INC.,

    Defendants.
_____/

## JOINT MOTION TO DEFER INITIAL CASE MANAGEMENT OBLIGATIONS PENDING RULING ON REMAND

Plaintiff, Roca Labs, Inc. ("ROCA") and Defendants Tracy Coenen and Sequence, Inc., pursuant to Local Rules 3.01 and 3.05 of the Middle District of Florida Local Rules, jointly move this Court for an Order deferring the Parties' initial case management obligations pending a ruling on the issue of remand, and in support hereof state as follows:

1. Local Rule 3.05 requires that the Parties meet in person to discuss, and thereafter file, a Case Management Report.

2. On December 18, 2014, Plaintiff filed a Motion to Remand (Doc. 3).

3. On January 5, 2015, Defendants filed their Opposition to the Motion to Remand (Doc.6#). The issues relating to removal and remand are now ripe for a decision.

1

4.     The Parties are prepared to discharge their obligations under Local Rule 3.05; however preparation and filing of the Case Management Report may at this time be premature until the Court determines whether it will continue to exercise jurisdiction over this case.

5.     The Parties will be in the best position to conduct effective case management discussions once it is determined which Court will consider the issues raised in this proceeding.

6.     Accordingly, subject to approval by the Court, the Parties stipulate to a deferral of the initial case management obligations imposed by Local Rule 3.05, pending a decision on the Motion to Remand.

## **MEMORANDUM OF LAW**

This Court has the power to extend any deadline for good cause shown. *See* Local Rule 3.09. The interests of judicial economy and efficient case management will be served by deferring the Local Rule 3.05 initial case management obligations pending the Court's decision on the Motion to Remand. Accordingly, the Parties have demonstrated good cause to defer the above-referenced deadline.

WHEREFORE, the Parties jointly request that this Court extend the deadline for conducting a case management conference until ten (10) days after issuance of the Court's order on the Motion to Remand, with the case management report due within ten (10) days after the case management conference.

//

//

//

//

Respectfully submitted this 2nd day of February, 2015.

| | |
|---|---|
| */s/ John DeGirolamo* | */s/ Wayne B. Giampietro* |
| JOHNNY G. DEGIROLAMO, ESQ. | Wayne B. Giampietro, Esq. |
| FLORIDA BAR NO: 0089792 | Ilinois Bar No.: 947776 |
| *The Law Offices of John DeGirolamo, Esq.* | Poltrock & Giampietro, P.A. |
| 6000 South Florida Avenue | 123 W. Madison St. #1300 |
| P.O. Box 7122, Lakeland, FL 33807 | Chicago, IL 60602 |
| *Attorney for Plaintiff, Roca Labs, Inc.* | *Pro Hoc Vice for Defendants* |
| Phone: (863) 603-3461 | Phone: (312) 236-0606 |
| Pr. Email: JohnD@inlawwetrust.com | Email: giampietro@wpglawyers.com |
| Sc. Email: Legal4@RocaLabs.com | |

Luke Lirot, Esq.
Florida Bar No.: 714836
Law Office of Luke Lirot, P.A.
2240 Belleair Rd., Suite 190
Clearwater, FL 33764
*Florida Counsel for Defendants*
Phone: 727-536-2100
Pr. Email: luke2@lirotlaw.com
Sc. Email: ryan@lirotlaw.com Sc. Email: jimmy@lirotlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of February, 2015 I filed the foregoing with the Clerk of the Court via the CM/ECF Pacer filing system, which will notify electronically the following party representatives: Wayne B. Giampietro, Esq. (E-mail: WGiampietro@wpglawyers.com), Poltrock & Giampietro, P.A., 123 W. Madison St. #1300, Chicago, IL 60602 and Luke Lirot, Esq. (E-mail: Luke2@lirotlaw.com, Ryan@lirotlaw.com, and Jimmy@lirotlaw.com), Luke Lirot, P.A., 2240 Belleair Rd., Clearwater, FL 33764.

*/s/ John DeGirolamo*
JOHNNY G. DEGIROLAMO, ESQ